IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE CELSO MARTINEZ ORTIZ

DEBTOR

CASE NO. 16-03675 MCF

CHAPTER 13

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
### RE: DEBTOR'S APRIL/2016 INCOME

I, JOSE CELSO MARTINEZ ORTIZ, debtor in case number 16-03675 MCF13, declares under penalty of perjury as follows:

1. That I am the debtor in the above captioned bankruptcy case.

2. That during the month of April, 2016 I did not receive any income from my employer Dunamis Electric, Inc.

3. That I make this declaration for purposes of clarifying to the Chapter 13 Trustee the debtor's income for the month of April, 2016, which was zero ($0.00).

4. I certify that although this declaration is submitted in the English language, the same has been translated to me before signing and executing the same.

5. The foregoing declaration is submitted under penalty of perjury and I declare that the same is true and correct to the best of my information and belief.

In Caguas, Puerto Rico this 3rd day of October, 2016.

*[signature]*

JOSE CELSO MARTINEZ ORTIZ